**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1686**

STUART P. ADLER, M.D.,

Plaintiff - Appellant,

v.

VIRGINIA COMMONWEALTH UNIVERSITY; MICHAEL RAO, PH.D., in his official capacity; JEROME STRAUSS, III, M.D. in his official and individual capacity; ELIZABETH RIPLEY, M.D. in her individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:16-cv-00239-JAG)

Submitted: December 14, 2017                    Decided: January 19, 2018

Before SHEDD and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tim Schulte, Blackwell N. Shelly, Jr., Richmond, Virginia; Timothy E. Cupp, SHELLEY CUPP SCHULTE, PC, Harrisonburg, Virginia, for Appellant. Kevin D. Holden, Crystal L. Tyler, JACKSON LEWIS P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stuart P. Adler, M.D., appeals the district court's order granting Defendants summary judgment on his: (1) age discrimination and retaliation claims, brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C.A. §§ 621 to 634 (West 2008 & Supp. 2017); (2) claims alleging Defendants violated his due process rights under the Fifth and Fourteenth Amendments; and (3) defamation claims. We have reviewed the record and considered the parties' arguments and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Adler v. Va. Commonwealth Univ.*, No. 3:16-cv-00239-JAG (E.D. Va. May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*